DONAHEY and Others *v.* THOMAS and Another.

ERROR to the *Warren* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed with costs, for the reasons given in the case of *Milhollin et al* v. *Thomas*, at the *November* term, 1855.   7 Ind. R. 165.

J.' R. M. *Bryant* and R. A. *Chandler*, for the plaintiffs.
R.' C. *Gregory* and R. *Jones*, for the defendants.